# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT PHARMACY DISTRIBUTOR, LLC and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 1:19−cv−02730 <br> Honorable Rebecca R. Pallmeyer |

## NOTICE OF SETTLEMENT

Plaintiff Glen Ellyn Pharmacy, Inc., and Defendant Independent Pharmacy Distributor, LLC, by and through their respective attorneys, hereby inform this Court that the parties have reached an individual settlement which will resolve the case in its entirety. The parties expect to complete the settlement within the next 45 days and file a Stipulation to Dismiss with prejudice.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **GLEN ELLYN PHARMACY, INC.** | **INDEPENDENT PHARMACY DISTRIBUTOR, LLC** |
| s/ *Dulijaza Clark* <br> By one of its attorneys <br> Dulijaza (Julie) Clark <br> Edelman, Combs, Latturner & Goodwin LLC <br> 20 S. Clark St., Suite 1500 <br> Chicago, IL 60603 <br> 312-739-4200 | s/ *Mark L. Hanover*  (with permission) <br> By one of its attorneys <br> Mark L. Hanover <br> Mark A. Silver <br> Bety Javidzad <br> Dentons US LLP <br> 303 Peachtree Street, NE <br> Suite 5300 <br> Atlanta, GA 30308 |

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, hereby certify that on June 19, 2019 I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record including:

       Mark L. Hanover
       mark.hanover@dentons.com
       Mark A. Silver
       mark.silver@dentons.com
       Bety Javidzad
       bety.javidzad@dentons.com
       Dentons US LLP
       303 Peachtree Street, NE
       Suite 5300
       Atlanta, GA 30308

                                                   *s/Dulijaza Clark*
                                                   Dulijaza Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312)739-4200